AO 91 (Rev 8/01) Criminal Complaint

United States District Court
Southern District of Texas
FILED

APR 19 2019

David J. Bradley, Clerk

# United States District Court

SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Jose Antonio Saucedo-Garcia

AKA: Jose Luis Lopez-Minjarez

IAE YOB: 1986
Mexico

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: M-19-0887-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 17, 2019** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Jose Antonio Saucedo-Garcia was encountered by Border Patrol Agents near Mission, Texas on April 17, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 17, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on December 12, 2016, through Laredo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On May 23, 2016, the Defendant was convicted of 8 USC 1326 Illegal Re-Entry into the United States and was sentenced to fifteen (15) months confinement and three (3) years supervised release term.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

AUSA A. Henning 4/19/19 8:10am

Signature of Complainant

Sworn to before me and subscribed in my presence,

April 19, 2019   8:22 am

Kellen Meador    Senior Patrol Agent

Peter E. Ormsby , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer